UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 3:22-cv-497-TJC-JBT

$47,700.58 SEIZED FROM TIAA
BANK ACCOUNT NO. 603051299,
HELD IN THE NAME OF PETER
JOSEPH LICAVOLI,

    Defendant.

## RULE 3.03 DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Local Rule 3.03:

1.    The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome of the proceedings:

        Roger B. Handberg, United States Attorney
        Mai Tran, AUSA
        Angel J. Nazario, Special Agent, United States Secret Service
        Peter Joseph Licavoli
        TIAA Bank
        BBVA/Compass Bank

2.    The name of each entity with publicly traded shares or debt potentially affected by the outcome of the proceedings:

        None

3.      The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

      None

4.      The name of each person arguably eligible for restitution:

      None

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Date: May 10, 2022            Respectfully Submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

By:   *s/Mai Tran*
        MAI TRAN
        Assistant United States Attorney
        Florida Bar No. 100982
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone: (904) 301-6300
        Facsimile: (904) 301-6310
        E-Mail: mai.tran2@usdoj.gov