UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                          Case No. 3:22-cv-497-TJC-JBT

$47,700.58 SEIZED FROM TIAA
BANK ACCOUNT NO. 603051299,
HELD IN THE NAME OF PETER
JOSEPH LICAVOLI,

       Defendant.

_____

## ORDER DIRECTING ISSUANCE OF A WARRANT OF ARREST *IN REM*

THIS CAUSE is before the Court on the United States' Motion for Issuance of a Warrant of Arrest *in Rem* for the Defendant Funds. The Court finds that the Defendant Funds are in the government's possession, custody, or control. Accordingly, it is hereby:

**ORDERED**, **ADJUDGED**, and **DECREED** that the Motion for Issuance of Warrant of Arrest *in Rem* for the Defendant Funds (Doc. 4) is granted.

It is FURTHER ORDERED that, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, the Clerk is directed to issue a Warrant of Arrest *in Rem* for the Defendant Funds in the above-styled action.

**DONE** and **ORDERED** in Jacksonville, Florida, this 10th   day of May, 2022.

JOEL B. TOOMEY
United States Magistrate Judge